IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON DEAN, individually and**     **PLAINTIFFS**
**on behalf of all others similarly situated**

v.     CASE NO. 4:19-CV-00748-BSM

**BRADFORD ESTATES, LLC,**
**AND JAROD PUCKETT**     **DEFENDANTS**

## JUDGMENT

Consistent with the orders entered on October 14 and November 24, 2020, this case is dismissed without prejudice.

IT IS SO ORDERED, this 30th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE